DETERMINED IN THE

## FIRST DISTRICT

OF THE

# APPELLATE COURTS OF ILLINOIS

### DURING THE YEAR 1908.

---

**Paul Oscar Steidtmann, Appellant, v. The Joseph Lay Company, Appellee.**

### Gen. No. 13,438.

APPEALS AND ERRORS—*when merits not subject to review.* Upon reversal by the Supreme ·Court and remandment to the Appellate Court under a holding, among other things, that the trial court erred in excluding certain material evidence, the Appellate Court will not pass upon the merits of the cause.

Assumpsit. Appeal from the County Court of Cook county; the Hon. ALVA F. WINGERT, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1907. Reversed and judgment here. Opinion filed November 22, 1907. (Opinion not reported.) Reversed by Supreme Court and reinstated in this court October 23, 1908. Reversed and remanded. Opinion filed November 6, 1908.

A. W. MARTIN and EDWARD H. S. MARTIN, for appellant.

EMERSON E. McGRIFF, FREDERICK S. McCLORY and LYMAN M. PAINE, for appellee.

MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.

In Steidtmann v. Joseph Lay Co., 234 Ill. 84, the judgment of this court was reversed, and the cause was remanded to this court because there was no sufficient

(453)

finding of facts incorporated in the judgment of this court, with directions that if the facts are held by this court to be different from the finding of the trial court, this court may found its judgment upon such different findings and to recite the facts so found in the judgment; but if the facts are not so found different from the finding of the trial court, the judgment should be reversed for the errors occurring on the trial and the cause remanded to the County Court.

The Supreme Court held that reversible error was committed by the trial court in excluding certain material evidence. It would be manifestly improper for us to consider and pass upon the merits of the cause until all the material evidence can be brought before us. Accordingly, the judgment of the trial court is reversed and the cause is remanded to the County Court for the errors pointed out by the Supreme Court.

*Reversed and remanded.*